UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| CARLOS EATON, 245168, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 2:15-cv-109-RLJ-MCLC ) |
| CENTURION, *et al.*, | ) ) |
| Defendants. | ) |

## MEMORANDUM & ORDER

On February 5, 2016, the Court entered an order in this *pro se* prisoner's civil rights case, 42 U.S.C. § 1983, allowing Plaintiff twenty (20) days to amend his complaint to state a claim entitling him to relief and cautioning him that his failure to amend would lead to the dismissal of his case [Doc. 7]. That time has now passed, and Plaintiff has failed to amend the complaint or otherwise respond to the order.

Accordingly, Plaintiff's case is **DISMISSED** for want of prosecution. *See* Fed. R. Civ. P. 41(b). In addition, this Court has carefully reviewed this case pursuant to 28 U.S.C. § 1915(a) and **CERTIFIES** that any appeal from this dismissal would not be taken in good faith.

**A SEPARATE JUDGMENT WILL ENTER.**

**ENTER:**

/s/ Leon Jordan
LEON JORDAN
UNITED STATES DISTRICT JUDGE